# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF
_____ VS. _____
FOR
AT

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)
HERIBERTO RUIZ

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate:
District Court: 04-10176-RWZ
Court of Appeals: -0V

## ASSETS

**EMPLOYMENT**
Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
Name and address of employer: NORTHEASTERN UNIVERSITY, BOSTON MA
IF YES, how much do you earn per month? $ APPROX 3810
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☑ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ APPROX. 2800
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: APPR. 1000  SOURCES: VARIOUS SIDE JOBS

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $ APPX. 700.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $360,000  DESCRIPTION: SINGLE FAMILY HOME
8,000  1 CAR + 1 VAN
APX. 2000  TOOLS

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them:
DAUGHTER; 4½

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| HOME MORTGAGE | $347,000 | $2505 |
| CREDIT CARDS | $13,000 | $200 |
| CREDIT UNION | $APPR. 5000 | $ |
| CAR (FOR DAUGHTER) | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/14/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Heriberto Ruiz