UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) <br> ) <br> ) |
| v. | ) CR-04-10176 <br> ) |
| HERIBERTO RUIZ | ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah E. Ragland, Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of Defendant Heriberto Ruiz.

                Respectfully Submitted,
                Heriberto Ruiz

                By his attorneys,


                __/s/_Sarah E. Ragland_____
                Stephen A. Jonas (BBO# 542005)
                Sarah E. Ragland (BBO# 654875)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, Massachusetts   02109
                (617) 526-6000


## CERTIFICATE OF SERVICE

    I, Sarah E. Ragland, hereby certify that a copy of the foregoing document has been served either electronically or by facsimile upon all counsel of record.

                __/s/ Sarah E. Ragland_____
                Sarah E. Ragland

Dated: September 10, 2004