UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CR-04-10176 |
| ) | |
| HERIBERTO RUIZ ) | |

**ASSENTED TO MOTION TO CONTINUE INITIAL STATUS CONFERENCE**

The defendant respectfully moves that the initial status conference scheduled for September 16, 2004 be continued until after September 17, 2004. As reason therefore, counsel states that a Jewish holiday, Rosh Hashana, is observed on September 16-17, 2004. The defendant also requests that the Court exclude from the speedy trial calculation the time from September 16, 2004, until whatever date the Court sets for the status conference.

The government, per Assistant United States Attorney Antoinette E.M. Leoney and co-defendant Itza Ruiz, per attorney Catherine K. Byrne, assent to this motion.

        HERIBERTO RUIZ
        By his attorneys,

        __/s/_ Sarah E. Ragland_____
        Stephen A. Jonas (BBO# 542005)
        Sarah E. Ragland (BBO# 654875)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts   02109
        (617) 526-6000

**CERTIFICATE OF SERVICE**

I, Sarah E. Ragland, hereby certify that a copy of the foregoing document has been served either electronically or by facsimile upon all counsel of record.

        __/s/ Sarah E. Ragland_____
        Sarah E. Ragland

Dated: September 10, 2004

BOSTON 2284185v1