UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA                    )
                                            )
    v.                                      )    CR-04-10176-RWZ
                                            )
ITZA RUIZ, a/k/a ITZA GALVAN SANTOS,        )
and HERIBERTO RUIZ,                         )
                                            )
            Defendants.                     )
_____)

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

HERIBERTO RUIZ, the defendant, respectfully moves that the status conference scheduled for November 17, 2004 be continued to a later date convenient to the Court. As reason therefore, counsel states that he has been called to testify in an unrelated matter on November 17, 2004. Counsel has been informed that the Court, co-defendant's counsel and the Government are available on November 22, 2004 after 3:00 p.m. and November 23, 2004 after 2:00 p.m. The defendant also requests that the Court exclude from the speedy trial calculation the time from November 17, 2004, until whatever date the Court sets for the status conference.

The government, per Assistant United States Attorney Nadine Pelligrini, and co-defendant Itza Ruiz, per attorney Catherine K. Byrne, assent to this motion.

                            HERIBERTO RUIZ
                            By his attorneys,

                            __/s/_Stephen A. Jonas_____
                            Stephen A. Jonas (BBO# 542005)
                            Sarah E. Ragland (BBO# 654875)
                            Wilmer Cutler Pickering Hale and Dorr LLP
                            60 State Street
                            Boston, Massachusetts 02109
                            (617) 526-6000

- 2 -

## CERTIFICATE OF SERVICE

I, Daniel Margolis, hereby certify that a copy of the foregoing document has been served either electronically or by facsimile upon all counsel of record.

        __/s/ Daniel R. Margolis_____
        Daniel R. Margolis

Dated: November 10, 2004

BOSTON 2330824v1