UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 04-10176 - RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| ITZA RUIZ, A/K/A ITZA GALVAN SANTOS, | ) | |
| AND HERIBERTO RUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel, Daniel R. Margolis, Esq., hereby enters his appearance on behalf of the defendant HERIBERTO RUIZ.

                                        Respectfully submitted,

                                        HERIBERTO RUIZ

                                        By his attorney,

                                        /s/ Daniel Margolis
                                        Daniel Margolis, Esq. (BBO# 662117)
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        60 State Street
                                        Boston, MA  02109
                                        617-526-6000
                                        daniel.margolis@wilmerhale.com

Dated: March 23, 2005

US1DOCS 5029444v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 23th day of March, 2005 either electronically or by overnight mail on:

Antoinette Leoney, Esq.
Assistant United States Attorney
District of Massachusetts
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210
Antoinette.leoney@usdoj.gov

Catherine Byrne, Esq.
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave., 3rd Floor
Suite 328
Boston, MA 02210
catherine_byrne@fd.org

/s/ Daniel Margolis