AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ITZA RUIZ,
a/k/a ITZA GALVAN SANTOS,
and HERIBERTO RUIZ,

       Defendants.

**APPEARANCE**

Case Number:    04-10176-RWZ

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America, plaintiff.

I certify that I am admitted to practice in this court.

August 11, 2005
Date

Signature

Jennifer H. Zacks
Print Name               Bar Number

One Courthouse Way, Ste. 9200
Address

Boston      MA      02210
City         State     Zip Code

617-748-3100      617-748-3967
Phone Number             Fax Number