UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 04-10176 - RWZ |
| ) | |
| v. ) | |
| ) | |
| ITZA RUIZ, A/K/A ITZA GALVAN SANTOS, ) | |
| AND HERIBERTO RUIZ, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT HERIBERTO RUIZ'S RESPONSE TO THE UNITED STATES' CORRECTED MOTION FOR ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE

Heriberto Ruiz, the defendant, respectfully responds to the United States' Corrected Motion For Issuance of a Preliminary Order of Forfeiture as follows:

On the understanding that the Government has agreed:

    a.    that Mr. Ruiz may have until May 31, 2005, or 30 days prior to sentencing in the event sentencing is adjourned, to complete a closing on the sale of the property located at 226 Essex Street, Saugus, Massachusetts (the "Essex Street Property") through a private real estate broker and apply the proceeds of that sale to the outstanding balance on the loan issued by Countrywide Home Loans (the "Countrywide Loan") which holds a mortgage lien on the Essex Street Property, and

    b.    that payment of the proceeds of the sale of the Essex Street Property to Countrywide Home Loans shall reduce Mr. Ruiz's forfeiture obligations under the above-referenced Indictment by the same amount,

- 1 -

- 2 -

Mr. Ruiz does not object to the United States' Motion for a Preliminary Order of Forfeiture.

Respectfully submitted,

HERIBERTO RUIZ

By his attorney,

/s/ Daniel R. Margolis
Daniel R. Margolis, Esq. (BBO# 662117)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
daniel.margolis@wilmerhale.com

Dated: April 15, 2005

US1DOCS 5059937v2

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 15th day of April 2005 either electronically or by overnight mail on:


Antoinette Leoney, Esq.
Assistant United States Attorney
District of Massachusetts
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210
Antoinette.leoney@usdoj.gov

Catherine Byrne, Esq.
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave., 3rd Floor
Suite 328
Boston, MA 02210
catherine_byrne@fd.org


/s/ Daniel Margolis