UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-10176-RWZ |
| ) | |
| v. ) | Record Owner: |
| ) | Heriberto Ruiz |
| ITZA RUIZ, A/K/A ITZA GALVAN ) | |
| SANTOS, AND HERIBERTO RUIZ, ) | Property: |
| Defendants. ) | 226 Essex Street |
| ) | Saugus, Massachusetts |
| ) | |
| ) | Deed |
| ) | Book 22226, Page 165 |

### RELEASE OF NOTICE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the Notice of Lis Pendens against the real property located at 226 Essex Street, Saugus, Massachusetts (the "Real Property"). For title to the real property, see Deed recorded at Book 22226, Page 165, of the Essex County Registry of Deeds in the name of Heriberto Ruiz, reflecting the conveyance of the property on December 19, 2003, by deed of Aixa Gomez to Heriberto Ruiz.

The Notice of Lis Pendens was recorded on July 1, 2004, at the Essex County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 31 day of May, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA   02210
(617) 748-3100

Dated:

**COMMONWEALTH OF MASSACHUSETTS**
Suffolk, ss.                                                    Boston

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 31st day of May, 2005.

Lisa J. Talbot
Notary Public
My Commission expires: 5/29/09

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

APPROVED AND SO ORDERED:

/s/ Rya W. Zobel
RYA W. ZOBEL
United States District Judge

Dated: 6/2/05            , 2005

2004070100982 Bk:23084 Pg:148
07/01/2004 15:23:00 OTHER Pg 1/5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-10176-RWZ |
| ) | |
| v. ) | Record Owner: |
| ) | Heriberto Ruiz |
| HERIBERTO RUIZ, ) | |
| ) | Property: |
| Defendant. ) | 226 Essex Street |
| ) | Saugus, Massachusetts |
| ) | |
| ) | Deed |
| | Book 22226, Page 165 |

**NOTICE LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that on June 9, 2004, a Federal Grand Jury sitting in Boston, Massachusetts, returned an Indictment against Heriberto Ruiz, in which the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, seeks forfeiture against the above-captioned Property located at 226 Essex Street, Saugus, Massachusetts. Said Indictment charges Heriberto Ruiz with, among other things, a violation of 18 U.S.C. § 1344(2) and further alleges that, pursuant to 18 U.S.C. § 982(a)(2)(A) and 21 U.S.C. § 853(p), the property located at 226 Essex Street, Saugus, Massachusetts, constitutes, or is derived from, proceeds obtained, directly or indirectly, as a result of such violation.

US Courthouse
Attn: Lisa Talbot S-920
1 Courthouse Way
Boston, MA 02210

For title to this Property, <u>see</u> Deed recorded at Book 22226, Page 165, of the Essex County Registry of Deeds, in the name of Heriberto Ruiz, a copy of which is attached hereto.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United State Attorney

                  By: /s/ Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              JENNIFER H. ZACKS
                              Assistant U.S. Attorneys
                              Suite 9200
                              1 Courthouse Way
                              Boston, MA 02210
Date: June 14, 2004           (617) 748-3100

2004070100982 Bk:23084 Pg:150
07/01/2004 15:23:00 OTHER Pg 3/5

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Antoinette E.M. Leoney, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Antoinette E.M. Leoney
Assistant U.S. Attorney

Dated:

Then personally appeared the above-named Antoinette E.M. Leoney, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 21st day of June, 2004.

_____
NOTARY PUBLIC
My Commission expires 5/29/09

[Notary stamp: LISA J. TALBOT, Notary Public, Commonwealth of Massachusetts, My Commission Expires May 29, 2009]

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge
Date: 6/21/04

3

2004070100982 Bk:23084 Pg:151
07/01/2004 15:23:00 OTHER Pg 4/5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Criminal No. 04-10176-RWZ |
|                                                       ) | |
| v.                                                  ) | Record Owner: |
|                                                       ) | Heriberto Ruiz |
| HERIBERTO RUIZ,                         ) | |
|           Defendant.                        ) | Property: |
|                                                       ) | 226 Essex Street |
|                                                       ) | Saugus, Massachusetts |
|                                                       ) | |
|                                                       ) | Deed |
| | Book 22226, Page 165 |

### AFFIDAVIT OF SERVICE

I, Paula McCarron, Forfeiture Specialist, United States Postal Inspection Service, being duly sworn, depose and say:

1. The attached Notice of *Lis Pendens* was issued in the above-captioned case and relates to real property which is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A), and Title 21, United States Code, Section 853(p).

2. I have served the aforementioned Notice of *Lis Pendens* by certified mail addressed to:

   Heriberto Ruiz
   226 Essex Street
   Saugus, MA  01906

   Stephen A. Jonas, Esquire
   as Counsel for Heriberto Ruiz
   Wilmer, Cutler, Pickering, Hale and Dorr, LLP
   60 State Street
   Boston, MA 02109

   Countrywide Home Loans, Inc.
   MS SV-79 Document Processing
   P.O. Box 10423
   Van Nuys, CA 91410-0423

Town of Saugus Assessor's Office
Town Hall, First Floor
298 Central Street
Saugus, MA  01906

3. The Lis Pendens will also be served upon counsel for any claimant after counsel files his/her appearance.

Signed under the pains and penalties of perjury this 1st day of July, 2004.

*Paula McCarran*
Paula McCarron
Forfeiture Specialist
United States Postal Inspection Service

Commonwealth of Massachusetts
Essex, SS.

Then personally appeared, the above named Paula McCarron, Forfeiture Specialist, United States Postal Inspection Service, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 1st day of July 2004.
2004.

*Lynne D Osborne*
Notary Public
Lynne D Osborne

My Commission Expires:
March 3, 2011

N:\LTalbot\Zacks\Ruiz\Affidavit of Service.wpd

2