UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>    v. )<br>)<br>ITZA RUIZ, )<br>a/k/a ITZA GALVAN SANTOS, )<br>and HERIBERTO RUIZ, )<br>)<br>    Defendants. ) | CRIMINAL NO. 04-10176-RWZ |

### ORDER TO VACATE PRELIMINARY ORDER OF FORFEITURE

**ZOBEL, D.J.,**

The United States of America, having petitioned this Court for an Order to Vacate the Preliminary Order of Forfeiture, and this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Preliminary Order of Forfeiture, entered on April 28, 2005, shall be Vacated.

DONE AND ORDERED in Boston, Massachusetts, this _____ day of _____, 2005.

_____
Rya W. Zobel
United States District Judge